# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **TYRE K. VENIOUS** | **CIVIL ACTION NO. 23-1564** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE S. MAURICE HICKS, JR.** |
| **JEFF LANDRY, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Tyre K. Venious's claims are **DISMISSED WITH PREJUDICE**, as frivolous and for failure to state claims on which relief may be granted, until the *Heck* conditions are met.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the 24th day of July, 2024.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE